# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITALDOORS, INC.,<br>　　*Plaintiff*,<br>v.<br>COMERICA BANK,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-cv-00541-JRG-RSP<br>(Lead Case) |
| v.<br>BEAL BANK<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:23-cv-00544-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff DigitalDoors, Inc. and Defendant Beal Bank. (Dkt. No. 45.) In the Motion, the parties represent that Member Case 2:23-cv-00544 has been resolved and request dismissal of the Member Case WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant Beal Bank in Lead Case 2:23-cv-541 and Member Case 2:23-cv-544 are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case between Plaintiff and Defendant Beal Bank not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case 2:23-cv-544 as no parties or claims remain, but to maintain the Lead Case 2:23-cv-541 as **OPEN**.

**So Ordered this**

**Apr 2, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE