IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIGITALDOORS, INC., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>COMERICA BANK, §<br>§<br>Defendant. § | CASE NO. 2:23-cv-00541-JRG-RSP<br>(Lead Case) |
| DIGITALDOORS, INC., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>FIRST CITIZENS BANK & TRUST §<br>COMPANY, §<br>§<br>Defendant. § | CASE NO. 2:23-cv-00548-JRG-RSP<br>(Member Case) |

## ORDER

First Citizens Bank & Trust Company previously filed a Motion to Dismiss prior to consolidation of the above-captioned cases (Member Case No. 2:23-cv-00548, Dkt. No. 10). After consolidation, Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 77), recommending denial of First Citizens' Motion to Dismiss. No objections have been filed. For the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Member Case No. 2:23-cv-00548, Dkt. No. 10) is **DENIED**.

**So ORDERED and SIGNED this 27th day of September, 2024.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE